**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01719-RBJ

DEMARKUS HOBBS and DANA EVENSON,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CHIPOTLE MEXICAN GRILL OF COLORADO, INC.,[1]

Defendant.

**ORDER TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

Having considered the Joint Stipulation of the Parties to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and being otherwise apprised of the basis for the requested transfer, the Court enters the following ORDER:

The convenience of the parties and witnesses and the interest of justice favor the transfer of this case to the District of Minnesota, and venue is proper in that District.

WHEREFORE, the Court hereby ORDERS that this case shall be transferred pursuant to 28 U.S.C. § 1404(a) to the District of Minnesota for all further proceedings.

Done this 4th day of October, 2013.

*[signature: Brooke Jackson]*

Judge R. Brooke Jackson
U.S. District Court Judge

---

[1] Chipotle Mexican Grill of Colorado, Inc. is a nonexistent entity. Chipotle Mexican Grill of Colorado, LLC is a Colorado limited liability company and a wholly owned subsidiary of Chipotle Mexican Grill, Inc., a Delaware corporation. Chipotle Mexican Grill, Inc. is treated as the defendant in this action.

{01136475 / 1}